Integrity Trust Company, to use, *v.* Nestor Building & Loan Association, Appellant.

Argued May 9, 1940. Before SCHAFFER, C. J., DREW, LINN, STERN, BARNES and PATTERSON, JJ.

*David Bortin,* for appellant.

*Morris Wolf,* of *Wolf, Block, Schorr & Solis-Cohen,* for appellee.

PER CURIAM, June 24, 1940:
This appeal is from judgment on a verdict directed for plaintiff in a suit to recover on a bond given in 1928 by defendant Building & Loan Association as collateral

for the payment of a mortgage on property acquired by the association in 1927 subject to the mortgage. The principal defense was that defendant had been unable to find that its officers had been authorized to execute the bond; it was agreed that minutes for the proper period were missing. The applicable legislation, the Act of May 12, 1925, P. L. 615, 15 PS Sec. 61 reënacted in section 314 of the Building and Loan Code, 1933, P. L. 457, 475, 15 PS Sec. 1074-314, was involved in *Bennett v. Rittenhouse Building & Loan Association,* 313 Pa. 391, 169 A. 757. It is controlling.

Judgment affirmed.